### STRONG ET AL. V. M'DONALD.

Chancery will not interpose, where the party has adequate remedy at law.

PETITION in chancery; showing, that they executed a certain bond to said M'Donald for £1,000, dated the 29 day of May, A. D. 1790, conditioned, that said Strong should perform certain things within eighteen months, which were set forth particularly; and that he had performed them within said eighteen months; and pray that said M'Donald be compelled to deliver up said bond to be canceled. Petition dated the 19th of November A. D. 1791.

Plea in abatement — 1st. That the said Strong and said M'Donald were both inhabitants of the state of New York. 2d. That said eighteen months had not elapsed from the date of said bond, at the time of bringing this petition. 3d. That the petitionee immediately, upon the expiration of said eighteen months, instituted a suit upon said bond against said Strong before a court of competent jurisdiction in the state of New York; where said cause was now depending in the law, and where the petitioners had adequate remedy at law, by showing that said Strong had performed the condition of said bond.

Judgment — That the plea in abatement is sufficient, and that the petitioners take nothing by their petition.